UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:89-67R |
| Plaintiff, | ) | |
| vs. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED PROBATION VIOLATIONS |
| KENNETH D. COHN, | ) | |
| Defendant. | ) | |

An initial hearing on probation revocation in this case was scheduled before me on July 31, 2003. The United States was represented by AUSA Reagan A. Dunn and the defendant by Carol A. Koller. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about March 21, 1991 by the Honorable Barbara J. Rothstein on a charge of Conversion of Collateral Pledges to SBA and sentenced to five years supervised release.

The conditions of supervised release included requirements that defendant comply with the standard conditions of supervision, including no law violations. Other special conditions included payment of a fine in the amount of $2,000, payment of restitution in the amount of $9,000 to the SBA and the Bank of Sumner, compliance with the rules and regulations of the Probation Department, four months in a CTC with work release privileges, 100 hours of community service, and the provision of access to all financial information requested by the probation officer.

On October 5, 1993 a violation report was submitted by the probation officer alleging that defendant had violated the conditions of probation by committing two counts of Child Molestation First Degree. The defendant pled guilty to these offenses in the Superior Court for the State of Washington for Pierce County, and on December 17, 1993 admitted to the probation violations in this case. The Court modified Mr. Cohn's conditions of probation to include completion of sexual deviancy treatment, no contact with the victims or any other minor child without prior written authorization from both the treatment provider and the probation officer, submit to polygraph and plethysmograph, and provide release to treatment records and Washington State Department of Corrections supervision progress reports.

In an application dated March 7, 1996, U.S. Probation Officer Kenneth W. Fulfer alleged the following violation of the conditions of probation:

1. Leaving the judicial district without permission;
2. Failing to submit monthly reports for November and December 1995; and January and February 1996;
3. Failing to notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer;
4. Failing to pay the fine;
5. Failing to pay restitution;
6. Having unauthorized or unsupervised contact with the victims;

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations 1, 3, 4, 5 and violation 6 as to one of the victims of the Pierce County Superior Court offense and waived any evidentiary hearing as to whether the violations occurred. Upon these admissions, the United States dismissed violation 2, and violation 6 insofar as it applied to the other victim of the Pierce County offense.

01   I therefore recommend the Court find defendant violated his probation as alleged and that
02 the Court conduct a hearing limited to the issue of disposition.  The next hearing will be set before
03 Judge Rothstein.

04   Pending a final determination by the Court, defendant has been detained.

05   DATED this 31st day of July, 2003.

06   s/ MARY ALICE THEILER
   Mary Alice Theiler
07   United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED PROBATION VIOLATIONS
PAGE 3